UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GRADY DAVIS, JR.,

    Plaintiff,

v.                                       CASE No. 8:11-CV-1449-T-27TGW

BERNIE MCCABE, et al.,

    Defendants.
_____

## REPORT AND RECOMMENDATION

The affiant has filed an affidavit of indigency pursuant to 28 U.S.C. 1915 seeking to proceed <u>in forma pauperis</u> in his complaint against State Attorney for the Sixth Judicial Circuit, Bernie McCabe, and unnamed assistant state attorneys.

Under 28 U.S.C. 1915(a)(1), the court may authorize the filing of a civil lawsuit without prepayment of fees if the affiant submits an affidavit that includes a statement of all assets showing an inability to pay the filing fee and a statement of the nature of the action which shows that he is entitled to redress. Even if the affiant proves indigency, the case shall be dismissed if

the action is frivolous or malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. 1915(e)(2)(B)(i), (ii).

Here, the affiant's complaint is patently insufficient (Doc. 1). The complaint states that his lawsuit is based upon "illegal conveyance of residetal [sic] property," but does not set forth a basis for his claim (id., p. 4). Rather, with respect to the sections of "Statement of Claim" and "Statement of Facts," the plaintiff merely says "Already Filed" (id., p. 6). Thus, the plaintiff has not set forth any facts from which a claim for relief can be inferred with respect to the defendants. See Bell Atlantic Corp. v. Twombly, 550 U.S. 544 (2007).

Furthermore, the plaintiff admits that a case involving the same claim against the same defendants was previously dismissed by this court (Doc. 1, p. 4). Davis v. McCabe, Case No. 8:10-CV-820-T-26AEP. And, the plaintiff has been denied on at least two other occasions the opportunity to proceed on his property claim *in forma pauperis* for failure to state a claim. Davis v. Harmon, Case. No. 8:09-CV-571-T-33TGW; Davis v. McCabe, Case No. 8:11-CV-1146-T-23MAP.

I therefore recommend that the Motion to Proceed In Forma Pauperis (Doc. 2) be denied and that the complaint be dismissed pursuant to 28 U.S.C. 1915(e)(2)(B)(i) and (ii).

Respectfully submitted,

THOMAS G. WILSON
DATED: JULY 13, 2011        UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).