UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GRADY DAVIS, JR.,

    Plaintiff,

vs.                                                    Case No. 8:11-cv-1449-JDW-TGW

BERNIE MCCABE, et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation (Dkt. 4) on Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 2). The Magistrate recommends that the motion be denied because Plaintiff's complaint fails to set forth any factual basis for his claim. Plaintiff responded by attaching a complaint that he had filed in a separate action (Dkt. 5).[1] Plaintiff's response fails to demonstrate any error in the Magistrate's recommendation that the complaint filed in <u>this</u> action fails to state a claim on which relief may be granted.

Accordingly, after careful consideration of the Report and Recommendation and a *de novo* review of the issues presented in Plaintiff's objections, in conjunction with an independent examination of the file, the Report and Recommendation (Dkt. 4) is ADOPTED, CONFIRMED, and APPROVED in all respects and is made part of this order for all purposes, including appellate review.

    1)    The motion for leave to proceed *in forma pauperis* (Dkt. 2) is DENIED.

---

[1] That action was dismissed, and Plaintiff was denied leave to proceed *in forma pauperis* because, among other things, he had already suffered four dismissals of previous lawsuits he had filed while incarcerated, based on the failure to state a claim on which relief may be granted. Case No. 8:10-cv-820-T-26AEP (Dkt. 3).

1

2)     The complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

3)     The Clerk is directed to CLOSE this case.

**DONE AND ORDERED** this 28th day of July, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Unrepresented parties